# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 479 WAL 2015

                 Respondent   :

                             :   Petition for Allowance of Appeal from

                             :   the Order of the Superior Court

             v.   :

AKEEM PAGE-JONES,   :

                 Petitioner   :

## ORDER

**PER CURIAM**

     **AND NOW**, this 29th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.